PERCY RIDGE v. THE STATE.

No. 8238.  Decided February 13, 1924.

Assault to Murder—Sentence—Transcript—Jurisdiction.

Where it appeared from the transcript upon appeal from a conviction of assault to murder that no order of the court was entered upon the motion for new trial, and that sentence had never been pronounced against appellant, this court has no jurisdiction and the appeal must be dismissed.

Appeal from the Criminal District Court of Dallas.  Tried below before the Honorable C. A. Pippen.

Appeal from a conviction of assault to murder; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

*John T. Spann,* for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, and *Shelby S. Cox,* District Attorney, for the State.

HAWKINS, JUDGE.—In obedience to an order of this court of date February 6, 1924, commanding the clerk of the District Court of Dallas County to forward a correct transcript in the above styled cause the same has been filed herein.

It now appears from the transcript that no order of the court was entered upon the motion for new trial and that sentence has never been pronounced against appellant. It is provided in Article 856, C. C. P., that in all cases of felony, except where the death penalty may be inflicted, sentence shall be pronounced before an appeal is taken. It is the final judgment and without it no jurisdiction is conferred upon this court by an attempted appeal. See many cases collated in the notes under said article in the second volume of Vernon's Criminal Statutes.

The appeal is dismissed.

*Dismissed.*